1 | LAW OFFICE OF PETER R. NASMYTH, JR.
  | A PROFESSIONAL CORPORATION
2 | PETER R. NASMYTH, JR., Bar No: 195067
  | 269 West Bonita Avenue, Suite C
3 | Claremont, California 91711
4 | Telephone Number: (909) 626-4157
5 | Attorney for: Plaintiff: RICHARD FUGIT

FILED
SUPERIOR COURT
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

JUL 06 2021

BY _____
SANDRA ORTEGA/DEPUTY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN BERNARDINO

| | |
|---|---|
| RICHARD FUGIT, | CASE NO: CIVDS2017859 |
| Plaintiff, | FIRST AMENDED COMPLAINT FOR DAMAGES: |
| vs. | (1) VIOLATION OF *GOVERNMENT CODE* SECTION 12940(a); |
| WESTERN EXTERMINATOR, a California Corporation and DOES 1 through 20, inclusive, | (2) VIOLATION OF *GOVERNMENT CODE* SECTION 12940(m); |
| Defendants. | (3) VIOLATION OF *GOVERNMENT CODE* SECTION 12940(n); |
| | (4) VIOLATION OF *GOVERNMENT CODE* SECTION 12945.2; AND |

By Fax

Plaintiff, RICHARD FUGIT ("Plaintiff") alleges:

1. Defendant, WESTERN EXTERMINATOR, is an employer subject to suit under the California Fair Employment and Housing Act (FEHA) (Gov. Code, § 12900 et seq.).

2. Plaintiff is, and at all times mentioned in this complaint was a resident of Victorville, California, County of San Bernardino.

3. Plaintiff alleges that on or about September 24, 2019, Defendant took the following adverse actions:

///

1

FIRST AMENDED COMPLAINT FOR DAMAGES

4. Plaintiff was harassed because of plaintiff's disability (physical or mental), other.

5. Plaintiff was discriminated against because of plaintiff's disability (physical or mental) and as a result of the discrimination was terminated, denied any employment benefit or privilege, denied reasonable accommodation for a disability, denied employer paid health care while on pregnancy disability leave, other.

6. Plaintiff experienced retaliation because plaintiff reported or resisted any form of discrimination or harassment, requested or used a disability-related accommodation, requested or used leave under the California Family Rights Act or FMLA (employers of 50 or more people) and as a result was denied any employ benefits, employer paid healthcare and the like, while on disability leave.

7. Additional Complaint Details:

On or about early 2017 Plaintiff suffered a work related injury to his right shoulder. The injury necessitated a period of disability leave to include surgical intervention, treatment/recovery and rehabilitation. During the course of disability leave, recovery and rehabilitation, Plaintiff endured repeated, significant and ongoing instances of discrimination, harassment and retaliation by the Defendant employer including but not limited to, cancellation of Petitioner's medical insurance, failure to engage Plaintiff in the good faith and interactive process designed to determine whether and under what circumstances Petitioner's disabling condition could be accommodated, failure to accommodate Plaintiff, failure to communicate with Petitioner, failure to prevent discrimination, harassment and retaliation and cancelation and elimination of Petitioner's accrued employment benefits. The conduct complained of has been continuous, ongoing and continues up to and through the date of this complaint.

On September 24, 2019, Plaintiff filed a complaint with the California Department of Fair Employment and Housing ("DFEH"). On or about September 24, 2019, plaintiff received a Right to Sue letter. (A true and correct copy of the Right to Sue Form is attached hereto as Exhibit "A" and incorporated by reference herein).

Beginning in August and continuing through November of 2020, Western Exterminator deceptively claimed that they would attempt to accommodate plaintiff by modifying plaintiff's work schedule and work duties, and by allowing plaintiff to work remotely from his home. After some initial contact with Western Exterminator regarding this accommodation, Western Exterminator broke off all contact with plaintiff and never followed through with the process of setting plaintiff up with an accommodated work schedule or by setting plaintiff up to work remotely.

On June 26, 2021, Plaintiff filed a complaint with the California Department of Fair Employment and Housing ("DFEH"). On or about June 26, 2021, plaintiff received a Right to Sue letter. (A true and correct copy of the Right to Sue Form is attached hereto as Exhibit "B" and incorporated by reference herein).

## FIRST CAUSE OF ACTION

### (VIOLATION OF *GOVERNMENT CODE* SECTION 12940(a) AGAINST ALL DEFENDANTS)

8. Plaintiff incorporates by reference paragraphs 1 through 7, inclusive, of this complaint as though set forth fully herein.

9. *Government Code* section 12940(a) establishes that it shall be an unlawful employment practice: "**For an employer, because of the** race, religious creed, color, national origin, ancestry, **physical disability**, mental disability, **medical condition**, marital status, sex, **age**, or sexual orientation of any person, to refuse to hire or employ the person or to refuse to

select the person for a training program leading to employment, or to bar or to discharge the person from employment or from a training program leading to employment, or **to discriminate against the person in compensation or in terms, conditions, or privileges of employment.**"

10. As set forth fully above, during the course of plaintiff's employment with defendant, defendant has discriminated against plaintiff based on his physical disability, age, and medical condition.

11. Defendant's treatment of plaintiff is in violation of *Government Code* Section 12940(a). Within the time provided by law, plaintiff received a right-to-sue letter. (See Exhibit "A").

12. As a proximate result of defendant's conduct, plaintiff has suffered and continues to suffer job loss, loss of earnings and benefits, humiliation, emotional distress, and mental and physical pain and anguish, all to his damage in an amount to be proven at trial.

13. Plaintiff has incurred and continues to incur legal expenses and attorney fees. Plaintiff is presently unaware of the precise amount of these expenses, and will prove said amount at trial.

## SECOND CAUSE OF ACTION

### (VIOLATION OF *GOVERNMENT CODE* SECTION 12940(m) AGAINST ALL DEFENDANTS)

14. Plaintiff incorporates by reference paragraphs 1 through 13, inclusive, of this complaint as though set forth fully herein.

15. *Government Code* section 12940(m) establishes that it shall be an unlawful employment practice: "**For an employer** or other entity covered by this part **to fail to make reasonable accommodation for the known physical** or mental **disability of an** applicant or **employee.** Nothing in this subdivision or in paragraph (1) or (2) of subdivision (a) shall be construed to require an accommodation that is demonstrated by the employer or other covered entity to produce undue hardship to its operation."

16. As set forth fully above, during the course of plaintiff's employment with defendant, defendant has failed to make a reasonable accommodation for plaintiff based on his physical disability.

17. Defendant's treatment of plaintiff is in violation of *Government Code* Section 12940(m). Within the time provided by law, plaintiff received a right-to-sue letter. (See Exhibit "A").

18. As a proximate result of defendant's conduct, plaintiff has suffered and continues to suffer job loss, loss of earnings and benefits, humiliation, emotional distress, and mental and physical pain and anguish, all to her damage in an amount to be proven at trial.

19. Plaintiff has incurred and continues to incur legal expenses and attorney fees. Plaintiff is presently unaware of the precise amount of these expenses, and will prove said amount at trial.

## THIRD CAUSE OF ACTION

### (VIOLATION OF *GOVERNMENT CODE* SECTION 12940(n) AGAINST ALL DEFENDANTS)

20. Plaintiff incorporates by reference paragraphs 1 through 19, inclusive, of this complaint as though set forth fully herein.

21. *Government Code* section 12940(n) establishes that it shall be an unlawful employment practice: "**For an employer** or other entity covered by this part **to fail to engage in a timely, good faith, interactive process with the employee** or applicant **to determine effective reasonable accommodations, if any, in response to a request for reasonable accommodation by an employee or applicant with a known physical** or mental **disability** or known **medical condition.**"

22. As set forth fully above, during the course of plaintiff's employment with defendant, defendant has failed to engage in a timely, good faith interactive process with Plaintiff to make a reasonable accommodation for plaintiff based on his physical disability and/or medical condition.

23. Defendant's treatment of plaintiff is in violation of *Government Code* Section 12940(n). Within the time provided by law, plaintiff received a right-to-sue letter. (See Exhibit "A").

24. As a proximate result of Defendant's conduct, plaintiff has suffered and continues to suffer job loss, loss of earnings and benefits, humiliation, emotional distress, and mental and physical pain and anguish, all to her damage in an amount to be proven at trial.

25. Plaintiff has incurred and continues to incur legal expenses and attorney fees. Plaintiff is presently unaware of the precise amount of these expenses, and will prove said amount at trial.

## FOURTH CAUSE OF ACTION

### (VIOLATION OF *GOVERNMENT CODE* SECTION 12945.2 AGAINST ALL DEFENDANTS)

26. Plaintiff incorporates by reference paragraphs 1 through 25, inclusive, of this complaint as though set forth fully herein.

27. *Government Code* section 12945.2, which is known as the "California Family Rights Act" ("CFRA"), allows employees to take up to 12 work-weeks of unpaid leave from his or her job in a 12- month period to care for themselves, or family members who need are ill or need medical care.

28. The CFRA requires employers to provide notice to their employees of their rights under the CFRA. Plaintiff is informed and believes, and thereon alleges that defendant failed to provide plaintiff with notice of his rights under the CFRA in order to terminate his employment.

29. Defendant's treatment of plaintiff is in violation of *Government Code* Section 12945.2. Within the time provided by law, plaintiff received a right-to-sue letter. (See Exhibit "A").

30. As a proximate result of defendant's conduct, plaintiff has suffered and continues to suffer job loss, loss of earnings and benefits, humiliation, emotional distress, and mental and physical pain and anguish, all to his damage in an amount to be proven at trial.

31. Plaintiff has incurred and continues to incur legal expenses and attorney fees. Plaintiff is presently unaware of the precise amount of these expenses, and will prove said amount at trial.

WHEREFORE, Plaintiff prays judgment against defendants, and each of them, as follows:

1. For compensatory damages, including emotional distress damages in an amount according to proof;

2. For pre-judgment and post-judgment interest at the legal rate on all damages awarded;

3. For attorneys' fees;

4. For costs of suit herein incurred; and

5. For such other and further relief as the Court may deem proper.

Dated: 6-26-21

Peter R. Nasmyth, Jr.
Attorney for Plaintiff
Richard Fugit

EXHIBIT "A"



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency          GAVIN NEWSOM, GOVERNOR

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**          KEVIN KISH, DIRECTOR
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
(800) 884-1684 (Voice) | (800) 700-2320 (TTY) | California's Relay Service at 711
http://www.dfeh.ca.gov | Email: contact.center@dfeh.ca.gov

September 24, 2019

Richard Fugit
12350 Western Skies Way
Victorville, California 92392

RE: **Notice of Case Closure and Right to Sue**
DFEH Matter Number: 201909-07675924
Right to Sue: Fugit / Western Exterminator

Dear Richard Fugit,

This letter informs you that the above-referenced complaint was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective September 24, 2019 because an immediate Right to Sue notice was requested. DFEH will take no further action on the complaint.

This letter is also your Right to Sue notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

To obtain a federal Right to Sue notice, you must contact the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of this DFEH Notice of Case Closure or within 300 days of the alleged discriminatory act, whichever is earlier.

Sincerely,


Department of Fair Employment and Housing

**EXHIBIT "B"**



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency                                    GAVIN NEWSOM, GOVERNOR

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**                                    KEVIN KISH, DIRECTOR
2218 Kausen Drive, Suite 100 | Elk Grove | CA | 95758
(800) 884-1684 (Voice) | (800) 700-2320 (TTY) | California's Relay Service at 711
http://www.dfeh.ca.gov | Email: contact.center@dfeh.ca.gov

June 26, 2021

Richard Fugit
269 W. Bonita Ave.
Claremont, California 91711

RE:  **Notice of Case Closure and Right to Sue**
     DFEH Matter Number: 202106-14006326
     Right to Sue: Fugit / Western Exterminator

Dear Richard Fugit:

This letter informs you that the above-referenced complaint filed with the Department of Fair Employment and Housing (DFEH) has been closed effective June 26, 2021 because an immediate Right to Sue notice was requested.

This letter is also your Right to Sue notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

This matter may qualify for DFEH's Small Employer Family Leave Mediation pilot program. Under this program, established under Government Code section 12945.21, a small employer with 5 -19 employees, charged with violation of the California Family Rights Act, Government Code section 12945.2, has the right to participate in DFEH's free voluntary mediation service. Under this program both the employee requesting an immediate right to sue and the employer charged with the violation may request that all parties participate in DFEH's free voluntary mediation service. A request for mediation must be submitted to the DFEH within 30 days of receipt of the Notice of Case Closure and Right to Sue. If mediation is requested, the employee is prohibited from filing a civil action until mediation is complete. The employee's statute of limitations to file a civil action, including for all related claims not arising under section 12945.2, is tolled from DFEH's receipt of a mediation request under section 12945.21 until mediation is complete.  To request DFEH Small Employer Family Leave Mediation, email DRDOnlinerequests@dfeh.ca.gov and include the DFEH matter number indicated on the Right to Sue notice.

To obtain a federal Right to Sue notice, you must contact the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of this DFEH Notice of Case Closure or within 300 days of the alleged discriminatory act, whichever is earlier.

Sincerely,



STATE OF CALIFORNIA | Business, Consumer Services and Housing Agency

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
2218 Kausen Drive, Suite 100 I Elk Grove I CA I 95758
(800) 884-1684 (Voice) I (800) 700-2320 (TTY) | California's Relay Service at 711
http://www.dfeh.ca.gov I Email: contact.center@dfeh.ca.gov

GAVIN NEWSOM, GOVERNOR
KEVIN KISH, DIRECTOR

Department of Fair Employment and Housing

**COMPLAINT OF EMPLOYMENT DISCRIMINATION
BEFORE THE STATE OF CALIFORNIA
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING
Under the California Fair Employment and Housing Act
(Gov. Code, § 12900 et seq.)**

**In the Matter of the Complaint of**
Richard Fugit                                    DFEH No. 202106-14006326

                            Complainant,
vs.

Western Exterminator
15157 Sierra Bonita
Chino, California 91710

                            Respondents

---

1. Respondent **Western Exterminator** is an **employer Western Exterminator** subject to suit under the California Fair Employment and Housing Act (FEHA) (Gov. Code, § 12900 et seq.).

2. Complainant **Richard Fugit**, resides in the City of **Claremont**, State of **California.**

3. Complainant alleges that on or about **August 30, 2020**, respondent took the following adverse actions:

**Complainant was harassed** because of complainant's disability (physical or mental).

**Complainant was discriminated against** because of complainant's disability (physical or mental) and as a result of the discrimination was denied any employment benefit or privilege, denied reasonable accommodation for a disability, denied employer paid health care while on pregnancy disability leave.

**Complainant experienced retaliation** because complainant requested or used a disability-related accommodation and as a result was denied reasonable accommodation for a disability.

**Additional Complaint Details:** Beginning August 2020 and continuing through November 2020 Western Exterminator deceptively claimed that they would accommodate my disability by modifying my work duties and allowing me to work from home.  After some initial contact

-1-
*Complaint – DFEH No. 202106-14006326*

Date Filed: June 26, 2021

with Western Exterminator regarding this accommodation they broke off all contact and never followed through with the process of setting me up with an accommodated work schedule and setting me up to work remotely.

-2-
Complaint – DFEH No. 202106-14006326

Date Filed: June 26, 2021

1 VERIFICATION

2 I, **Peter R. Nasmyth, Jr.**, am the **Attorney** in the above-entitled complaint. I have
3 read the foregoing complaint and know the contents thereof. The matters alleged are
based on information and belief, which I believe to be true.

4
On June 26, 2021, I declare under penalty of perjury under the laws of the State of
5 California that the foregoing is true and correct.

6                                                                                                  **CLAREMONT, CA**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                          -3-
                          *Complaint – DFEH No. 202106-14006326*

28 Date Filed: June 26, 2021